Commonwealth *v.* Avery, Appellant.

Argued June 13, 1973. *David Weinstein,* with him *Weinstein, Goss & Katzenstein,* for appellant; *Louis A. Perez, Jr.,* Assistant District Attorney, with him *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.